PUBLIC BANK OF NEW YORK CITY, Respondent, v. LONDON et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Public Bank of New York City against Louis London and others. M. London, of New York City, for appellants. H. L. Moses, of New York City, for respondent. No opinion. Judgment and decision (147 N. Y. Supp. 738) modified, by striking out any award of interest upon the sum

of $10,000 from April 1, 1913, and, as so modified, affirmed, with costs to respondent. Settle order on notice.